Amy R. Lovegren-Tipton (SBN 258697)
LAW OFFICE OF AMY R.
LOVEGREN-TIPTON, APLC
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333
Email: ATipton@TiptonLegal.com

Attorney for Plaintiff REGINALD MADUAKO, an individual

EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535 Fax
edgarcia@kuluvalaw.com

Attorneys for Defendant,
Horizon Health and Subacute, LLC dba
Horizon Health and Subacute Center

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REGINALD MADUAKO, AN INDIVIDUAL, | CASE NO. 1:16-CV-00652-DAD-EPG |
| Plaintiff, | **STIPULATION, DECLARATION OF AMY R. LOVEGREN-TIPTON TO MODIFY THE SCHEDULING ORDER TO EXTEND DEADLINES AND DATES** |
| vs. | |
| HORIZON HEALTH AND SUBACUTE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY DOING BUSINESS AS HORIZON HEALTH AND SUBACUTE CENTER; AND DOES 1 THROUGH 25, INCLUSIVE, | **Complaint Filed: May 9, 2016** **Trial Date: February 21, 2018** |
| Defendants. | |

Plaintiff Reginald Maduako and Horizon Health and Subacute, LLC dba Horizon Health and

Subacute Center, through their respective counsel, respectfully request the Court modify its pretrial scheduling order (ECF No. 15) to extend the discovery and expert witness disclosure deadlines. Good cause exists to extend such the discovery and expert witness disclosure deadlines.

1. The Parties request the Court extend the following deadlines for non-expert and expert discovery, dispositive motions, Pretrial Conference, and Trial:

| Event | Current Deadline/Date | Extended Deadline/Date |
|---|---|---|
| Non-expert Discovery Cutoff | April 7, 2017 | June 16, 2017 |
| Expert Disclosure | May 8, 2017 | July 14, 2017 |
| Rebuttal Expert Disclosure | June 8, 2017 | August 14, 2017 |
| Expert Discovery Cutoff | July 7, 2017 | September 15, 2017 |
| Dispositive Motion Filing | August 21, 2017 | October 20, 2017 |
| Pretrial Conference | December 18, 2017 | February 19, 2018, at 1:30 p.m. |
| Trial | February 21, 2018 | May 1, 2018, at 1:00 p.m. |

2. The Parties further request that the Early Settlement Conference be rescheduled to June 20, 2017.  The current conference date is March 30, 2017.

3. The parties have exchanged written discovery, including completion of initial disclosures. Plaintiff's deposition has been taken, but not completed.

4. Plaintiff's counsel has recently determined it necessary to file a motion to substitute out as counsel for Plaintiff.  This has delayed Defendant's ability to complete Plaintiff's deposition, and also necessitates the rescheduling of the Early Settlement Conference.

5. This is the Parties' first request to modify the Scheduling Order.

6. Therefore, pursuant to the Court's scheduling order (ECF No. 15) and Local Rule 143, the Parties herby submit this stipulation for modification of the pretrial scheduling order (ECF No. 15).

DATED: March 24, 2017                    LAW OFFICE OF AMY R. LOVEGREN-TIPTON


                                         By: /s/ Amy R. Lovegren-Tipton_____
                                         AMY R. LOVEGREN-TIPTON
                                         Attorneys for Plaintiff
                                         REGINALD MADUAKO




DATED: March 24, 2017                    KULUVA, ARMIJO & GARCIA


                                         By: /s/ Edward Garcia_____
                                         EDWARD GARCIA
                                         Attorneys for Defendant
                                         Horizon Health and Subacute, LLC dba
                                         Horizon Health and Subacute Center

## <u>DECLARATION OF AMY R. LOVEGREN-TIPTON</u>

I, Amy R. Lovegren-Tipton, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California, and I am with the law firm of Law Office of Amy R. Lovegren-Tipton, APLC. I am counsel of record for Plaintiff Reginald Maduako in the above-captioned matter. The following is based on my personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2. I submit this declaration in accordance with the Court's Scheduling Order (ECF No. 15), which states that stipulations to continue the dates in the Scheduling Order should be accompanied by affidavits or declarations.

3. I will be filing a motion to withdraw as counsel for Plaintiff.  This in turn has delayed the completion of discovery in this matter and also necessitates the need to reschedule the discovery cutoff deadlines, early settlement conference, pretrial conference, and trial dates.

4. Extending the non-expert and expert discovery cut-off dates and hearing dates will give the Parties more time to complete discovery.

5. This is the Parties' first request to modify the Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and this declaration was executed on March 24, 2017 in Fresno, California.


 _/s/ Amy R. Lovegren-Tipton_____
AMY R. LOVEGREN-TIPTON

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Scheduling Order (ECF No. 15) is modified to extend the deadlines for all discovery, expert witness disclosures, and dispositive motion filing as follows:

| Event | New Deadline/Date |
|-------|-------------------|
| Non-expert Discovery Cutoff | June 16, 2017 |
| Expert Disclosure | July 14, 2017 |
| Rebuttal Expert Disclosure | August 14, 2017 |
| Expert Discovery Cutoff | September 15, 2017 |
| Dispositive Motion Filing | October 20, 2017 |
| Pretrial Conference | February 20, 2018, at 1:30 p.m. |
| Trial | May 1, 2018, at 1:00 p.m. |

The Court continues the Settlement Conference for March 30, 2017 (ECF No. 17) until June 20, 2017 at 1:00 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   **March 27, 2017**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE